UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-09893-ODW (JCx) | | Date | November 25, 2025 |
|---|---|---|---|---|
| Title | *Christopher Barnett v. U-Haul International, Inc. et al.* | | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**              **In Chambers**

On November 12, 2025, Plaintiff Christopher Barnett filed a motion to remand this action to state court. (Mot. Remand, Dkt. No. 16.)  Defendant U-Haul International, Inc. does not oppose remand.  (Notice Non-Opp'n, Dkt. No. 20.)  Accordingly, the Court **GRANTS** Plaintiff's motion to remand and **REMANDS** this matter to the Superior Court of California, County of Los Angeles, Stanley Mosk Courthouse, 111 N. Hill St., Los Angeles CA 90012, Case No. 25STCV27089.  Consequently, the Court **DENIES** Defendant's motion to compel arbitration and stay proceedings without prejudice as moot. (Mot. Compel, Dkt. No. 12.)  All dates and deadlines are vacated.  The Clerk shall close this case.

_____ :     00

Initials of Preparer     SE